

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of C.F., a child

Appellate case number:   01-13-00550-CV

Trial court case number:  2011-04980J

Trial court:                      314th District Court of Harris County

      This is an appeal of a termination decree. Appellant is presumed indigent. The record was originally due in this appeal on July 8, 2013. Neither the court reporter nor the district clerk have filed the record.

      Accordingly, the Harris County District Clerk is ORDERED to file the complete clerk's record in this appeal **within 10 days of the date of this order**, and the court reporter is ORDERED to file the complete reporter's record in this appeal **within 10 days of the date of this** order. No extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

      Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). For this reason, the parties are informed that appellant's brief will be due 20 days after the complete record is filed, and appellee's brief will be due 20 days after appellant's brief is filed. No extensions of time to file the briefs will be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

      It is so ORDERED.

Judge's signature: /s/ Michael Massengale
              ☑ Acting individually     ☐ Acting for the Court

Date: July 9, 2013